# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>**CHRISTINA GREENFIELD,**<br><br>Debtor. | Case No. 19-20785-NGH<br><br>Chapter 7 |

### ORDER

Based on the Court's oral ruling entered this day and good cause appearing,

IT IS HEREBY ORDERED that Debtor's Amended Motion to Avoid Lien, Doc. No. 76, is DENIED without prejudice.

DATED: November 2, 2020

_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

ORDER - 1